STEVEN H. ROSENBAUM, Chief
R. TAMAR HAGLER, Deputy Chief
JESSICA CROCKETT, Trial Attorney
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
Tel: (202) 305-4013
Fax: (202) 514-1116
jessica.crockett@usdoj.gov

Attorneys for Plaintiff United States of America

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SILVER STATE FAIR HOUSING COUNCIL, INC., and JOYCE EVELYN RUANO, <br><br> Plaintiffs, <br><br> v. <br><br> ROSEWOOD PARK, LLC and MAGGIE CUEVAS, <br><br> Defendants. | Case No. 3:12-CV-00229-RCJ (VPC) <br><br> **UNITED STATES' MOTION TO EXCUSE CHIEF AND DEPUTY CHIEF FROM SETTLEMENT CONFERENCE** |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROSEWOOD PARK, LLC, BUFF MANAGEMENT, INC., CHAIM FREEMAN, JANE NOWACK, and MAGGIE CUEVAS <br><br> Defendants. | |

1

The United States respectfully moves this Court to excuse Housing and Civil Enforcement Chief Steven H. Rosenbaum and Deputy Chief R. Tamar Hagler from the settlement conference scheduled for September 12, 2013. Pursuant to the Court's Order dated August 13, 2013 (ECF No. 80), all counsel who will be litigating the case, as well as an authorized representative with final settlement authority must attend the settlement conference.

The United States will be represented at the settlement conference by Civil Rights Division Trial Attorneys Jessica Crockett and Roger Severino who expect to try the case if no settlement is reached. Ms. Crockett and Mr. Severino will have authority to negotiate an agreement in principle at the settlement conference. However, any final resolution will need to be approved by Steven H. Rosenbaum, Chief of the Housing and Civil Enforcement Section of the Civil Rights Division, as well as R. Tamar Hagler, Deputy Chief of the Housing and Civil Enforcement Section.

Both Mr. Rosenbaum and Ms. Hagler are based in Washington, D.C. Mr. Rosenbaum leads the Housing and Civil Enforcement Section, and Ms. Hagler is one of six deputy chiefs in the Section. The Chief as well as the deputy chiefs are responsible for overseeing fair housing cases across the country. Their supervisory duties and management responsibilities make it difficult for them to attend the settlement conference in person. However, in the event that this motion is granted, Mr. Rosenbaum, Ms. Hagler, or an authorized designee will be available by telephone for the entire settlement conference. Plaintiffs Silver State Fair Housing Council, Inc. and Ms. Ruano do not oppose this Motion. Additionally, based on representations from opposing counsel, it is our understanding that the insurance carrier for Defendants will be present at the conference.

1  For the foregoing reasons, the United States respectfully requests that Housing and Civil
2  Enforcement Section Chief Steven H. Rosenbaum and Deputy Chief R. Tamar Hagler be
3  excused from the September 12, 2013 settlement conference.
4
5  Dated: September 5, 2013
6
7                                             Respectfully submitted,
8
9  UNITED STATES OF AMERICA

/s/ Jessica Crockett
STEVEN H. ROSENBAUM, Chief
R. TAMAR HAGLER, Deputy Chief
JESSICA CROCKETT, Trial Attorney
Housing and Civil Enforcement Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Northwestern Building, 7th Floor
Washington, DC 20530
Tel: (202) 305-4013
Fax: (202) 514-1116

DANIEL G. BOGDEN, United States Attorney
HOLLY A. VANCE, Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, Nevada
Tel: (775) 784-5438
Fax: (775) 784-5181

Attorneys for the United States

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE
DATED: September 6, 2013

## CERTIFICATE OF SERVICE

I certify that on September 5, 2013, I caused a copy of the foregoing *United States' Unopposed Motion to Excuse Chief and Deputy Chief from Settlement Conference* to be sent via the Court's ECF system to the following:

Jennifer Supman
Manning & Kass, Ellrod, Ramirez, Trester LLP
One California Street, Suite 1100
San Francisco, CA 94111
jxs@manningllp.com
*Attorney for Defendants Rosewood Park, LLC, Buff Management, Inc., Chaim Freeman, Janet Nowack, and Maggie Cuevas*

Christopher Brancart
Brancart & Brancart
Post Office Box 686
Pescadero, California 94060
cbrancart@brancart.com
*Attorney for Plaintiffs Silver State Fair Housing Council, Inc., Joyce Ruano, Greg Ruano, and Josh Ruano*

/s/ Jessica C. Crockett